**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERCOLE MIRARCHI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SENECA SPECIALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant.** | : | **No. 10-3617** |

## O R D E R

**AND NOW**, this 22nd day of July, 2011, upon consideration of oral argument on June 23, 2011, supplemental memoranda filed by both parties (Docket Nos. 20, 21), and the documents provided to the Court by Defendant Seneca Specialty Insurance Company for *in camera* review, it is hereby **ORDERED** that within 7 days of the date of this Order, Defendant shall produce unredacted copies of all documents provided to the Court for *in camera* review, except that:

1.  Defendant may maintain the redactions of the specific amounts of loss reserves; and

2.  Defendant may maintain all redactions of the document at Tab 23 (Seneca 1048-49).

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE